CRIMINAL COMPLAINT
(Electronically Submitted)

**United States District Court** — DISTRICT of ARIZONA

United States of America
v.
**Hugo Elidio De La Cruz-Cum**
YOB: 1997; Citizen of Guatemala

DOCKET NO.

MAGISTRATE'S CASE NO.
25-02705MJ

Complaint for violation of Title 8, United States Code Section 1325(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about December 5, 2025, at or near Sasabe, in the District of Arizona, **Hugo Elidio De La Cruz-Cum**, an alien, entered the United States of America from Mexico at a time or place other than as assigned by immigration officials of the United States of America in violation of Title 8, United States Code Section 1325(a)(1), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Hugo Elidio De La Cruz-Cum** is a citizen of Guatemala. On December 6, 2025, agents found **Hugo Elidio De La Cruz-Cum** in the United States at or near Sasabe, Arizona, without the proper immigration documents. **Hugo Elidio De La Cruz-Cum** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to apply for admission to the United States. Furthermore, **Hugo Elidio De La Cruz-Cum** admitted to illegally entering the United States of America from Mexico on or about December 5, 2025, at or near Sasabe, Arizona at a time or place other than as designated by immigration officials.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

DETENTION REQUESTED

*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*

Sworn by telephone _x_

SIGNATURE OF COMPLAINANT (official title)

OFFICIAL TITLE
Border Patrol Agent
Carlo A. Moreno

SIGNATURE OF MAGISTRATE JUDGE[1]

DATE
December 8, 2025

1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Houston